IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendant. | Case No. 16-cv-04390-MMC<br><br>**ORDER OF DISMISSAL** |

Plaintiff having advised the Court that the parties have agreed to a settlement of all remaining claims, specifically, her claims for damages and for attorney's fees (see Doc. No. 32 at 3:8-9),[1]

IT IS HEREBY ORDERED that plaintiff's remaining claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[2]

**IT IS SO ORDERED.**

Dated: November 26, 2019

　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By a "Consent Decree and Order for Injunctive Relief," initially filed March 29, 2018, and amended October 23, 2018, the Court resolved plaintiff's claims for injunctive relief, and, by order filed concurrently herewith, the Court has resolved plaintiff's claims arising from her "Motion for an Order Holding Defendant in Civil Contempt."

[2] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.